JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MOROCCANOIL, INC. a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PERFUMES WORLD COM, INC. d/b/a "1-PERFUMES" a New Jersey corporation, and DOES 1-50, inclusive,<br><br>Defendant. | CASE No. CV16-03541-JFW-JC<br><br>**JUDGMENT OF PERMANENT INJUNCTION**<br><br>Hon. John F. Walter, Presiding Judge<br><br>Hon. Jacqueline Chooljian, Magistrate Judge<br><br>Action Filed: April 7, 2016<br>Pretrial Conf.: March 17, 2017<br>Trial Date: April 4, 2017 |

Having reviewed and considered the Stipulation for Entry of Permanent Injunction between Plaintiff Moroccanoil, Inc., a California corporation ("Moroccanoil") and Defendant Perfumes World Com, Inc. d/b/a 1-Perfumes, a New Jersey corporation ("Perfumes World"), IT IS HEREBY ORDERED AND ADJUDICATED that:

1. Moroccanoil distributes hair care, skin care and beauty products in the United States bearing Moroccanoil trademarks and trade dress. Among the trademarks that Moroccanoil owns are: "MOROCCANOIL" (U.S. Reg. No. 3,478,807), the horizontal "M Moroccanoil Design" (U.S. Reg. No. 3,684,909), and the vertical "M Moroccanoil Design" (U.S. Reg. No. 3,684,910), which are registered in the U.S. Patent and Trademark Office. All of Moroccanoil's trademarks are collectively referred to as "Moroccanoil Trademarks." The phrase "Moroccanoil Product" means all products of any nature that bear any Moroccanoil Trademark, whether genuine or not.

2. A permanent injunction is hereby entered prohibiting Perfumes World, including without limitation Perfumes World's officers, directors, owners, partners, agents, employees, successors, assignees, executors, trustees, receivers, conservators or administrators, and all those in active concert or participation with any of them, from directly or indirectly doing any of the following:

(a) Acquiring, purchasing, manufacturing, marketing, storing, transporting, transferring, distributing, dealing in, hypothecating, brokering, offering for sale, or selling any Moroccanoil Products anywhere in the world; and

(b) Causing, directing or assisting any other person to acquire, purchase, manufacture, market, store, transport, transfer, distribute, deal in, hypothecate, broker, offer for sale, or sell any Moroccanoil Products anywhere in the world.

3. This permanent injunction is the sole and final Judgment against Perfumes World. All other claims against Perfumes World are dismissed with prejudice.

4. All remaining fictitiously named Defendants in the above-captioned action are dismissed without prejudice.

5. Each party shall bear his or its own attorneys' fees, costs, and expenses incurred in or relating to this action.

6. This Court retains exclusive jurisdiction for purposes of enforcement of this permanent injunction.

IT IS SO ORDERED AND ADJUDICATED.

DATED: February 28, 2017

*[signature: John F. Walter]*

Respectfully submitted by:
*/s/Eric S. Engel*
Eric S. Engel (SB# 105656)
  *e.engel@conklelaw.com*
Heather Laird (SB# 292000)
  *h.laird@conklelaw.com*
Zachary Page (SB# 293885)
  *z.page@conklelaw.com*
CONKLE, KREMER & ENGEL
Professional Law Corporation
3130 Wilshire Boulevard, Suite 500
Santa Monica, California  90403-2351
Phone: (310) 998-9100 • Fax: (310) 998-9109

Attorneys for Plaintiff Moroccanoil, Inc.